**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARTNER, INC., a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:23-00642 |
| | ) | |
| INFO-TECH RESEARCH GROUP, INC., a | ) | |
| Delaware corporation, and ALIA MENDONSA, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | May 17, 2023 |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF DANIEL A. SCHWARTZ

Please enter the appearance of Daniel A. Schwartz as attorney for the plaintiff, Gartner,

Inc., in the above-entitled action.

PLAINTIFF,
GARTNER, INC.

By: /s/ *Daniel A. Schwartz*
    Daniel A. Schwartz (ct15823)
    **SHIPMAN & GOODWIN LLP**
    One Constitution Plaza
    Hartford, CT  06103-1919
    Telephone (860) 251-5038
    Facsimile (860) 251-5316
    dschwartz@goodwin.com
    Its Attorneys