IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARTNER, INC., a Delaware corporation, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:23 CV 642 |
| INFO-TECH RESEARCH GROUP, INC., a Delaware Corporation, and ALIA MENDONSA, an individual, | ) Hon. Omar A. Williams ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF GARTNER, INC.'S RESPONSE IN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION FOR COURT CONFERENCE OR IN THE ALTERNATIVE TO SET BRIEFING SCHEDULE FOR GARTNER'S <u>EMERGENCY TRO APPLICATION</u>**

Plaintiff Gartner, Inc. respectfully submits this Response in Opposition to Defendants' Emergency Motion for Court Conference or in the Alternative to Set Briefing Schedule for Gartner's Emergency TRO Application (Dkt. No. 29), and in support thereof, states as follows:

Rather than substantively respond to Gartner's Emergency Motion for a Temporary Restraining Order ("Emergency Motion"), Defendants request the Court set a briefing schedule allowing Defendants *over two weeks* to respond to Gartner's Emergency Motion. This delay tactic not only is improper given the expeditious relief Gartner seeks, it also will propagate the irreparable harm Defendants are causing Gartner.

As an initial matter, Defendants have had ample opportunity to substantively respond to Gartner's Emergency Motion, and they have failed to do so. On May 5, 2023, Gartner sent correspondences to Defendants regarding Ms. Mendonsa's breaches of her Agreement Regarding Certain Conditions of Employment ("Agreement") and Defendants' collective misappropriation

of trade secrets. (Dkt. No. 1, ¶ 83, Exhibit G thereto). Gartner sought, and Defendants failed to provide, specific information and assurances from Defendants.

In light of Defendants' failure to promptly and meaningfully address Gartner's concerns, Gartner filed its Verified Complaint and initial Emergency Motion and Memorandum in Support thereof on May 17, 2023[1], contemporaneously serving the pleadings on Info-Tech's counsel and on Ms. Mendonsa.[2] (Dkt. Nos. 1, 3, 3-1). More than one week later, Defendants have failed to substantively respond to and/or oppose the Emergency Motion. Instead, they filed a placeholder motion seeking over an additional week to respond to the Emergency Motion and requesting a hearing date thereafter. Although the parties are engaged in settlement talks, the negotiations do not obviate the need for an immediate hearing and decision on the merits.

Defendants' undue delay should not be rewarded. As Gartner details in its Emergency Motion, Defendants' actions are causing ongoing irreparable harm to Gartner and its business, necessitating the need for emergency injunctive relief. Setting forth an extended briefing schedule, such as the one Defendants request, will only exacerbate this harm. As such, Gartner requests the Court deny Defendants' request and set Gartner's Emergency Motion for hearing as expeditiously as possible.

**WHEREFORE**, as set forth above, Gartner respectfully requests the Court deny Defendants' Motion in its entirety, set Gartner's Emergency Motion for Temporary Restraining Order for an immediate hearing and grant such additional relief as is just and necessary.

---

[1] Pursuant to this Court's May 22, 2023 Order, Gartner filed an Emergency Renewed Motion for Temporary Restraining Order to include the declaration of Kevin M. Cloutier. (Dkt. No. 22, 22-1, 22-2).
[2] At this time, Ms. Mendonsa was not represented by counsel.

-3-

| | |
|---|---|
| Dated: May 30, 2023 | Respectfully submitted,<br><br>GARTNER, INC.<br><br>By: /s Daniel A. Schwartz<br>Daniel A. Schwartz (ct15823)<br>Sheridan L. King (ct31197)<br>**SHIPMAN & GOODWIN LLP**<br>One Constitution Plaza<br>Hartford, Connecticut 06103<br>Tel: (860) 251-5038<br>DSchwartz@goodwin.com<br>sking@goodwin.com<br><br>Kevin M. Cloutier, Esq.<br>PHV206971<br>Mikela T. Sutrina, Esq.<br>PHV207029<br>Katherine H. Oblak, Esq.<br>PHV207028<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>321 North Clark Street, 32nd Floor<br>Chicago, Illinois 60654<br>Tel: (312) 499-6300<br>Fax: (312) 499-6301<br>kcloutier@sheppardmullin.com<br>msutrina@sheppardmullin.com<br>koblak@sheppardmullin.com<br><br>Christopher Collins<br>Bar No.: CT29869<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (212) 653-8700<br>Fax: (212) 653-8701<br>ccollins@sheppardmullin.com<br><br>*Counsel for Plaintiff Gartner, Inc.* |