**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GARTNER, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>INFO-TECH RESEARCH GROUP, INC., a Delaware Corporation, and ALIA MENDONSA, an individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 3:23 CV 642<br>)<br>)   Hon. Omar A. Williams<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR VISITING ATTORNEY ADMISSION OF ERIC SCHLICHTER PURSUANT TO D.CONN.LOCAL RULE 83.1(D)

Daniel A. Schwartz  (the "Movant"), a member in good standing of the Bar of the State of Connecticut, an attorney admitted to practice before the United States District Court for the District of Connecticut, and an attorney with the law firm of Shipman & Goodwin LLP, hereby moves the Court to enter an order permitting Eric Schlichter (the "Admittee") to practice as a Visiting Attorney before the United States District Court for the District of Connecticut, and to represent Plaintiff Gartner, Inc.  In support of this Motion, the Movant certifies as follows:

1.      Admittee is a member in good standing of the State Bar of Texas and is not currently under suspension or other disciplinary action with respect to his practice.

2.      Admittee has not been denied admission or disciplined by the Courts of the State of Connecticut, United States District Court for the District of Connecticut, or by any other court.

3.      Attached hereto as Exhibit A is the Declaration of the Admittee.

4.      Attached hereto as Exhibit B is a Proposed Order For Visiting Attorney Admission.

5.      No previous motion has been made for the relief sought herein.

6.      I will comply with <u>D.Conn.Local Rule 83.1(d)</u> and will be held responsible for the conduct of the Admittee.

7.      I will make sure that the Admittee will comply with <u>D.Conn.Local Rule 83.1(d)</u>.

8.      I or another attorney admitted to practice before the United States District Court for the District of Connecticut will sign all pleadings, briefs, and other papers filed with the Court.

9.      I or another attorney admitted to practice before the United States District Court for the District of Connecticut will make all Court appearances required by the Court and the Local Rules.

WHEREFORE, Plaintiff Gartner, Inc.,  requests entry of the attached order and such other and further relief as is just.

Dated:  June 6, 2023

Respectfully submitted,

By: */s Daniel A. Schwartz*
Daniel A. Schwartz (ct15823)
Sheridan L. King (ct31197)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103
Tel: (860) 251-5038
DSchwartz@goodwin.com
sking@goodwin.com

*Counsel for Plaintiff Gartner, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| GARTNER, INC., a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:23 CV 642 |
| | ) | |
| INFO-TECH RESEARCH GROUP, INC., a Delaware Corporation, and ALIA MENDONSA, an individual, | ) ) ) | Hon. Omar A. Williams |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF ERIC SCHLICHTER**
**IN SUPPORT OF MOTION FOR VISITING ATTORNEY ADMISSION**

Eric Schlichter certifies as follows:

1.      I am an attorney with the law firm of Sheppard, Mullin, Richter & Hampton LLP. I submit this Declaration, pursuant to D.Conn.Local Rule 83.1(d), in connection with Plaintiff Gartner, Inc.'s motion seeking my admission to participate as a Visiting Attorney in this matter.

2.      My office address, telephone number, and email address are as follows:

Sheppard, Mullin, Richter & Hampton, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002
Telephone: (713) 431-7100
Fax No.:  (713) 431-7101
Email:  eschlichter@sheppardmullin.com

3.      I certify that I am eligible for admission to this Court and am a member in good standing and admitted to practice in the following Courts:

| Court | Admission Date | Address of the Office Maintaining the Roll of the Court's Members |
|---|---|---|
| State Bar of Texas (Bar. No. 24007994) | 11/06/1998 | 600 Jefferson Street, Houston, TX 77002 |

-1-

| US Court of Appeals for the Federal Circuit (Bar Numbers are not issued by this Court) | 02/25/2004 | 717 Madison Place NW, Washington, DC 20439 |
|---|---|---|
| US District Court Eastern District of Texas (Bar No.23321) | 03/15/2005 | 211 West Ferguson Street Room 106, Tyler, Texas 75702 |
| US District Court Northern District of Texas (Bar No. 23321) | 10/08/2014 | 1100 Commerce Street, Room 1452, Dallas, TX 75242 |
| US District Court Southern District of Texas (Bar No. 23321) | 05/14/1999 | 515 Rusk Street, Houston, TX 77002 |
| US District Court Western District of Texas (Bar No. 23321) | 01/19/2018 | 700 E. San Antonio, Suite 200, El Paso, TX 79901 |

4.      I have never been the subject of any disciplinary grievance or proceedings.  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.      I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      I designate my sponsoring attorney, Daniel A. Schwartz, as my agent for service of process and the United States District Court for the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the Court pursuant to D.Conn.Local Rule 83.1(d) of the United States District Court for the District of Connecticut.

9.      In accordance with D.Conn.Local Rule 83.1(d), I agree to make payment as may be required by Connecticut Local Civil Rule 83.1(d)(3).

10.      In accordance with Local Civil Rule 83.1(d)(3), I agree to make payment to the Clerk of the United States District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  June 6, 2023                          _____*/s Eric Schlichter*_____
                                                                   Eric Schlichter

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARTNER, INC., a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:23 CV 642 |
| | ) | |
| INFO-TECH RESEARCH GROUP, INC., a Delaware Corporation, and ALIA MENDONSA, an individual, | ) ) ) | Hon. Omar A. Williams |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER FOR VISITING ATTORNEY ADMISSION

This matter having been brought before the Court by Daniel A. Schwartz, Esq., of Shipman & Goodwin LLP, attorneys for Plaintiff Gartner, Inc.,  ("Plaintiff"), on motion to allow Eric Schlichter, an attorney with the law firm of Sheppard, Mullin, Richter & Hampton, LLP, to appear and participate as a Visiting Attorney; and the Court having considered the supporting papers, and noting the consent of counsel for Plaintiff; and for good cause shown;

IT IS on this ___ day of _____, 2023,

**ORDERED** that the motion of Eric Schlichter be and hereby is granted; and it is further

**ORDERED** that Eric Schlichter, a member in good standing of the State Bar of Texas, be permitted to appear as a Visiting Attorney in the above-captioned matter pursuant to D.Conn.Local Rule 83.1(d); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate of the law firm of Shipman & Goodwin LLP, attorneys of record for Plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and

for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Eric Schlichter shall make payment of $200.00 to the Clerk of the United States District Court in accordance with <u>D.Conn.Local Rule 83.1(d)(3)</u>; and it is further

**ORDERED** that Eric Schlichter notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Shipman & Goodwin LLP, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for the Visiting Attorney to receive electronic notifications in this matter.

_____

Honorable Judge Omar A. Wiliams