IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GARTNER, INC.,

                Plaintiff,

    vs.                                             Civil No. 23-cv-00642

INFO-TECH RESEARCH GROUP, INC., a Delaware
Corporation, and ALIA MENDONSA, an individual,

                Defendants.

## DEFENDANTS' MOTION
## FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants Alia

Mendonsa and Info-Tech Research Group Inc. hereby move this Court for judgment on the

pleadings in their favor and dismissal of all claims and causes of action related to and arising out

of the noncompete clause in Defendant Alia Mendonsa's employment agreement with Plaintiff

Gartner, Inc.

In support of these motions, Defendants have submitted:

1.      Memorandum of Law (1) in Opposition to Plaintiff's Request for a TRO

and Preliminary Injunction; and (2) in Support of Ms. Mendonsa's Motion to Transfer; and (3)

Defendants' Motion for Judgment, dated June 6, 2023;

2.      Declaration of Alia Mendonsa, dated June 5, 2023, with Exhibits A-E;

3.      Declaration of Alia Mendonsa (Requested to be Filed Under Seal), dated

June 4, 2023; and

2

        4.        Declaration of Hannes Scheidegger, dated June 5, 2023, with Exhibits

A-G.

Dated:  June 6, 2023                    Respectfully submitted,

                                      By:  */s Edmund J. Ferdinand, III*
                                          Edmund J. Ferdinand, III ct21287
                                    Ferdinand IP, LLC
                                    1221 Post Road East, Suite 205
                                    Westport CT, 06880
                                    Tel: (203) 557-4224
                                    Email: Jferdinand@FIPLawGroup.com

                                    Jodyann Galvin ct24599
                                    *Pro Hac Vice*
                                    Hodgson Russ LLP
                                    The Guaranty Building
                                    140 Pearl Street, Suite 100
                                    Buffalo, NY 14202
                                    Email: Jgalvin@HodgsonRuss.com

                                    *Counsel for Defendants*

**ORAL ARGUMENT REQUESTED**

2

16556764v1 088718.00003