# Exhibit D

**From:** Galvin, Jodyann
**Sent:** Friday, June 2, 2023 12:08 PM
**To:** 'Katherine Oblak' <KOblak@sheppardmullin.com>
**Cc:** Kevin Cloutier <KCloutier@sheppardmullin.com>
**Subject:** RE: Gartner v Info-Tech and Mendonsa - Response to June 1 letter and link to documents

Ms. Oblak,

Thank you for this response to Defendants' letters dated May 30 and June 1.  We are providing, as we offered on May 30, a link to the documents in the May 30 letter.  A password will come separately.

https://hodgsonruss.sharefile.com/d-s37ef3c10f327465ead2ffb837781815d

Defendants disagree that any of these documents are what Gartner characterizes them to be in its letter.  In fact, these documents fall into a couple of categories, and some fall into more than one category including: stale, not confidential, publicly available, of no current competitive value.  Whichever category or characterization, the bottom line is that none were shared with Info-Tech, and there was no use or disclosure by anyone.

Specifically with respect to the ERP spreadsheet, we disagree that it is a trade secret and that it employs any Gartner proprietary methodology.  Does Gartner claim it owns the process of opening an Excel spreadsheet and cutting and pasting information from public websites into cells or manually typing information from public websites into cells?

We will be providing sworn statements as we offered to do and will endeavor to provide them on June 5.

Regards, Jody

---

**From:** Katherine Oblak <KOblak@sheppardmullin.com>
**Sent:** Thursday, June 1, 2023 4:59 PM
**To:** Galvin, Jodyann <JGalvin@hodgsonruss.com>
**Cc:** Kevin Cloutier <KCloutier@sheppardmullin.com>
**Subject:** Gartner v Info-Tech and Mendonsa - Correspondence

**External Email - Use Caution**

---

Hi Jody,

I am working with Kevin on this matter. I know you had some back and forth with Kevin this morning. As he is in a deposition, we wanted to revert with our client's position as to your May 30 and June 1 correspondences. Please see attached.

Thanks much.

**Katherine H. Oblak**
+1 312-499-6372 | direct
KOblak@sheppardmullin.com | Bio

1

**Sheppard**Mullin
321 North Clark Street, 32nd Floor
Chicago, IL 60654
+1 312-499-6300 | main
www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**Sheppard**Mullin

Sheppard, Mullin, Richter & Hampton LLP
321 N. Clark Street, 32 Floor
Chicago, Illinois 60654
312.499.6300 main
312.499.6301 fax
www.sheppardmullin.com


312.499.6348 direct
kcloutier@sheppardmullin.com

June 1, 2023

<u>**VIA EMAIL ONLY**</u>

Ms. Jodyann Galvin
HodgsonRuss, LLP
Email: jgalvin@hodgsonruss.com


Re:     *Gartner, Inc. v. Info-Tech Research Group, Inc., and Alia Mendonsa*
        No. 23-CV-00642

Dear Jody,

Thank you for your May 30, 2023 and June 1, 2023 correspondences (collectively, the "Correspondences"). Unfortunately, rather than allay Gartner's misgivings about Ms. Mendonsa's and Info-Tech's actual and threatened trade secret misappropriation, the Correspondences exacerbate Gartner's already grave concerns.

As an initial matter, the majority of the documents itemized in the May 30 Correspondence constitute Confidential Information and/or Trade Secrets, as defined in Ms. Mendonsa's Agreement Regarding Certain Conditions of Employment. Not only are the documents themselves confidential and proprietary, but the documents may be working drafts that reflect peer review or other niche insights.  What is more, Ms. Mendonsa is the sole, primary or secondary author on all but one of the documents, underscoring she, at the very least, repeatedly misappropriated work product and breached her Agreement and duty of loyalty to Gartner during the course of her employment.  We trust these facts are just as alarming to Info-Tech as they are to Gartner.

Equally troubling is Ms. Mendonsa's admitted use of the ERP Vendor Market Share Info document in the course of her Info-Tech employment. That document unequivocally constitutes a Gartner trade secret. As Ms. Mendonsa well knows, Gartner uses a proprietary data methodology, *not* available to the public, to prepare this document, and it falls squarely within the confines of protected information under the Agreement.

For these reasons, Gartner requests Ms. Mendonsa provide further information and sworn certifications regarding her use and/or disclosure of this document. Specifically, we request Ms. Mendonsa provide a sworn certification attesting to the following by no later than June 5, 2023:

- The reason and/or rationale why Ms. Mendonsa "emailed [this document] to three Info-Tech personnel," as well as when she did this and specifically with whom she shared it;
- A statement indicating whether Ms. Mendonsa shared and/or otherwise disclosed the document to Info-Tech at Info-Tech's direction and, if so, which Info-Tech employees and/or representatives specifically directed her to take such action and why; and

**Sheppard**Mullin

June 1, 2023
Ms. Jodyann Galvin
Page 2

- In connection with what Info-Tech work, initiatives, products, services and/or offerings did Ms. Mendonsa share and/or otherwise disclose the document.

Additionally, in accordance with your representations in the June 1 correspondence, we request Info-Tech provide a sworn certification attesting to the following by no later than June 5, 2023:

- No Info-Tech employees, representatives and/or other Info-Tech personnel have used, accessed, shared and/or otherwise distributed the ERP Vendor Market Share Info document; and
- After a reasonable review of Info-Tech's information technology databases and systems, Info-Tech did not find, locate and/or otherwise uncover any Gartner Confidential Information and/or Trade Secrets other than the ERP Vendor Market Share Info document.

Gartner also requests counsel work with Ms. Mendonsa to take the following actions to help assuage Gartner's concerns by no later than June 5, 2023:

- Ms. Mendonsa shall provide Gartner, through counsel, with copies of all documents itemized on the May 30, 2023 Correspondence, including all drafts and iterations thereof, for Gartner's review and inspection, along with a sworn statement confirming the completeness of her production;
- Upon Gartner's review and inspection of the documents and upon Gartner's direction, Ms. Mendonsa shall permanently delete any remnants thereof from any of her personal and/or Info-Tech-issued devices and shall provide a sworn statement confirming same;
- Ms. Mendonsa shall provide a sworn statement confirming she permanently deleted and no longer has any access to the ERP Vendor Market Share Info document, including all drafts and iterations thereof; and
- Ms. Mendonsa shall provide a sworn statement confirming she will not share and/or otherwise disclose any of the documents itemized in the May 30 correspondence, other than the ERP Vendor Market Share Info document she already shared and/or disclosed to Info-Tech, with Info-Tech, at any time and in any capacity whatsoever.

Gartner reserves all of its rights and nothing herein shall be construed to operate as a waiver of such rights. Indeed, we intend to raise Ms. Mendonsa's additional misappropriations with the Court.

We appreciate your attention to these issues. Please feel free to contact me with any questions.

**Sheppard**Mullin

June 1, 2023
Ms. Jodyann Galvin
Page 3

Very truly yours,

Kevin M. Cloutier
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4882-7653-3095.11