# Exhibit E

## **CERTIFICATION**

Alia Mendonsa declares that the following is true and correct:

1. This certification relates to the allegations in the matter *Gartner v. Info-Tech Research Group, Inc. and Alia Mendonsa* and follows up on my counsel's letter of May 30, 2023 which is incorporated herein.

2. During my employment with Gartner, I stored copies of articles, which I authored, on a personal electronic storage drive. I saved them as a representation of my personal portfolio.

3. None of the documents which were stored on my personal drive during my employment with Gartner, nor thereafter, were shared with anyone.

4. The list in my counsel's letter dated May 30, 2023 is a complete list of all documents that were saved on my personal drive. The list was prepared after a diligent search on my part.

5. I have provided all documents, including all drafts and iterations thereof to the extent any exist, for Gartner's review and inspection. Those documents were produced on June 2, 2023 in response to Gartner's June 1, 2023 request. This production was as complete as possible.

6. While employed at Gartner, I emailed to myself a document I authored entitled "Gartner 2023 Top Technology Trends for Government." I deleted this document prior to the commencement of this lawsuit in compliance with Gartner's separation instructions. I never distributed it. I did not share it or the content of it with anyone at Info-Tech.

7. In early May 2023, I emailed an Excel document entitled "ERP Vendor Market Share Info" to three Info-Tech personnel. I created that document while employed at

Gartner. It was not an assigned project, and it was not for any particular client or research issue. It contains information I gathered from disparate public websites about the information technology products used by various governments I cut and pasted, or manually typed information into an Excel document. It is an incomplete data set, prepared on an ad hoc basis as a reference tool for myself. I did not use Gartner's proprietary data or research methodology to prepare the Excel document. The three persons at Info-Tech were William Baird, William Miller and Scott Mullan. I then permanently deleted and no longer have any access to the ERP Vendor Market Share Info document, including all drafts and iterations thereof. I deleted it before this lawsuit was filed and before I received a letter from Gartner.

8. No one at Info-Tech asked me for a copy of, or directed me to disclose, this Excel document. I shared it because I thought it might have been helpful information to support Info-Tech's existing governmental client base.

9. Upon Gartner's direction, I will permanently delete all documents referenced in my counsel's May 30 letter and any copies thereof from my personal devices. None of these documents resided on an Info-Tech device.

10. I will not share and/or otherwise disclose any of the documents itemized in my counsel's May 30, 2023 letter, other than the ERP Vendor Market Share Excel spreadsheet, with Info-Tech, at any time in any capacity whatsoever.

Dated: June 5, 2023

_____
Alia Mendonsa