IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GARTNER, INC.,

                              Plaintiff,

    vs.                                                                            Civil No. 23-cv-00642

INFO-TECH RESEARCH GROUP, INC., a Delaware
Corporation, and ALIA MENDONSA, an individual,

                              Defendants.

## **DECLARATION OF HANNES SCHEIDEGGER**

Hannes Scheidegger, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1.     I have worked for Info-Tech for over two and a half years. I am currently the Senior Vice President, Global Market Programs. In that role, I oversee the delivery of advisory services to our members in the Public Sector, Healthcare and Education. I reside in California. I make this declaration in opposition to the request by Gartner, Inc. to have this Court enter a temporary restraining order and in support of Defendants' motion for judgment on the pleadings. The purpose of this declaration is to present this Court with facts related to the current request by Gartner, and it is made upon my personal knowledge and my investigation of the facts relating to Gartner's claims and Info-Tech's defenses.

**Background of Info-Tech**

2.     Info-Tech was founded twenty-five years ago in Canada, and it currently has approximately 1,300 employees. Info-Tech provides independent research and advice to

information technology departments and their Chief Information and Human Resource Officers so that they can make strategic, timely, and well-informed decisions. Info-Tech offers actionable tools, training, and analyst guidance, ensuring they deliver measurable results for their organizations.  The subjects of Info-Tech's guidance to its clients include information governance, privacy, project management and industry challenges.

3. Info-Tech has a team of analysts who conduct or facilitate independent research on information technology issues affecting IT departments and the enterprises they serve.  Those persons are known as Research Analysts, Research Directors, Research Fellows and Principal Research Directors (hereinafter "Analysts").  There are currently 150 people in these roles.  Info-Tech employs its own proprietary research methodologies and strategies.

4. Info-Tech also has "delivery" personnel, known as Executive Counselors or Executive Advisors, who are assigned to work with specific clients and provide advice so that those clients can make strategic, timely, and informed decisions. Executive Counselors and Executive Advisors have a deeper understanding of each client's goals and challenges.  There are approximately 80 persons in these roles at Info-Tech.  Ms. Mendonsa is an Executive Counselor for State and Local Government West.

**Gartner is Substantially**
**Larger Than Info-Tech**

5. Gartner is a publicly-traded $5.5 billion company.  It has 19,500 employees, 85 offices around the world and clients in 90 countries. (www.gartner.com/en/about).  It has 2,200 research and advisory experts and 600 consultants.

6. Gartner and Info-Tech are essentially the only two companies that offer information technology research and advisory services. There used to be more companies in this space, but Gartner has acquired several which made Gartner larger but made the field of players smaller. The difference between Gartner and Info-Tech's size and geographic reach is significant. One such measurement is the Share of Voice (SOV). Share of voice refers to the proportion of brand mentions or advertising exposure a company has in relation to its competitors within a specific market or industry. In the period of January 2023 through May 2023, Gartner's SOV is 90% (~221,000 mentions) and Info-Tech's is 10% (~25,600 mentions). (Source: Cision Communications Cloud, 2023).[1]

**Ms. Mendonsa's
Employment with Info-Tech**

7. Ms. Mendonsa's residence in California was a requirement of her job duties for a few reasons. One, Info-Tech wanted personnel on the ground in California to best serve California-based clients in its fast-growing West region, specifically California State and Local government. Two, Info-Tech understood that Gartner used restrictive covenants in employment agreements with its employees, including non-competition clauses. Those non-competition clauses do not, under the law and the very terms of the Gartner agreements, apply to California residents and Gartner acknowledges that it will not (and actually cannot) enforce them.

---

[1] Gartner's total mentions in the seven days leading up to May 24, 2023 was approximately 457,000. Info-Tech, on the other hand, had 41. Source: Meltwater 2023.

8. Ms. Mendonsa is a resident of California, and therefore the non-competition clause cannot be enforced against her. This was considered when Ms. Mendonsa was hired. During consideration of her application for the Executive Counselor role or at any time since, no one at Info-Tech asked Ms. Mendonsa for any Gartner or Gartner client confidential information. In fact, as detailed below, the opposite happened.

9. Ms. Mendonsa served as a research analyst at Gartner most recently, and she was in that position for 6 years and 10 months. Gartner has approximately 2,200 persons who perform research.

10. Info-Tech did not hire Ms. Mendonsa as a research analyst, nor did she apply for that position. Info-Tech hired Ms. Mendonsa as an Executive Counselor. A research analyst carries out duties that are fundamentally different from an Executive Counselor. This is true at both Info-Tech and Gartner.

11. Ms. Mendonsa will eventually be assigned 20-25 existing Info-Tech clients in its West region, largely in California. She will be responsible for advising these clients, assisting with setting objectives and creating strategies and work plans, and regularly communicating Info-Tech's offerings in support and education. She will not be conducting research or writing on research topics as she was in her last almost seven years at Gartner.

12. Ms. Mendonsa's current role as one of 51 Executive Counselors puts her six levels down from the owner of Info-Tech on its organizational chart. She does not have any direct reports.

13. Ms. Mendonsa is, as I understand it, being compensated at a slightly lower level than she was at Gartner. Her compensation is directly tied to the retention of members specifically assigned to her. She is on a commission plan which is different from Gartner's base plus bonus structure.

**Info-Tech Has
Acted in Good Faith
And Declined to Hire
Gartner Employees**

14. Subsequent to hearing from Gartner (counsel) in the summer of 2022 with regard to an employee leaving Gartner to join Info-Tech, Info-Tech intentionally avoided conflict with Gartner over its non-competition clauses, which we understand it requires most employees to sign. Info-Tech regularly receives inquiries from Gartner employees seeking to join Info-Tech but has declined to have further conversations with those applicants. That is because, without regard to the enforceability of any such non-competition clauses, it was and remains conservative and good faith to point out their restrictions to them or to turn them away. The only exceptions to that are those employees who reside in California, where there is a statutory ban on non-competes, or Ontario, Canada, where they are generally not enforceable. As a result, Info-Tech has very likely acted to its own detriment in turning away talented applicants just because they work at Gartner and with respect for those restrictions, whether enforceable or not.

15. Info-Tech understands that Gartner has proprietary information that may be entitled to protection, and it takes the proprietary rights of others seriously. Info-Tech also understands that Gartner has an interest in its client relationships, the same as Info-Tech has in

its own client relationships. Info-Tech is not interested in wrongfully obtaining information that others have legitimately protected or that others have taken measures to keep secret. Info-Tech told Gartner that the day before this lawsuit was filed. In fact, Info-Tech requires personnel who join it from a competitor to sign a Certification in which the employee acknowledges that she or he will comply with all ongoing obligations to the former employers. Ms. Mendonsa executed that certification on March 8, 2023 prior to joining Info-Tech. A copy is attached as Exhibit A.

16. Info-Tech did not seek or obtain any confidential or proprietary information from Ms. Mendonsa as a condition of her hiring or at any time.

**Gartner's Allegations of
Nefarious Conduct by Info-Tech
Are Simply Incorrect**

17. Gartner sent a letter to Info-Tech on May 5, 2023 which was sent to our internal General Counsel. A copy is attached as Exhibit B. Info-Tech, through its counsel, responded on May 16, 2023 by email. A copy of that response is attached as Exhibit C. Gartner sued Info-Tech and Ms. Mendonsa the next day, styling the case with Info-Tech as the first named defendant.

18. Info-Tech conducted an internal examination of its computer system to determine whether any Gartner or Gartner client confidential information came into Info-Tech's possession through Ms. Mendonsa. None has. Info-Tech located one document, an incomplete spreadsheet which compiled public information, which Ms. Mendonsa emailed to three Info-Tech employees. That document has been segregated on the Info-Tech system and is not accessible to any Info-Tech personnel except counsel and IT. Info-Tech can provide that

document to the Court for *in camera* review if necessary. Info-Tech notified Gartner's counsel of this fact and sought instruction from Gartner. A copy of Info-Tech's June 1, 2023 letter is attached as Exhibit D.

19. Gartner responded, again accusing Info-Tech and Ms. Mendonsa of misappropriation. Gartner demanded a certification with respect to that document from Info-Tech. A copy of Gartner's letter dated June 1, 2023 is attached as Exhibit E. Info-Tech provided a certification to Gartner's counsel on June 5, 2023. A copy of that certification is attached as Exhibit F. Info-Tech's and Ms. Mendonsa's counsel disputed that this document was confidential to anyone as it simply compiled public information that was cut and pasted into an Excel document. A copy of our counsel's correspondence is attached as Exhibit G.

20. Gartner has also accused Info-Tech of inducing Ms. Mendonsa to solicit Gartner clients, alleging that she participated in a Microsoft Teams call with a Gartner client claims. Ms. Mendonsa joined it for training purposes as she had been at Info-Tech for two days and was in her orientation. Ms. Mendonsa had nothing to do with soliciting this particular client. In fact, well before the time of that call on April 19 (which Gartner erroneously says was April 27), this particular client had already been in discussions with Info-Tech for weeks, starting around March 15, 2023 when the client communicated to Info-Tech that it wanted to work with Info-Tech.

21. Further, Ms. Mendonsa has not revealed any client confidential information about this client to anyone at Info-Tech. In fact, it was the opposite – Ms. Mendonsa requested to not participate in any activities related to this client, and Info-Tech readily agreed.

Dated:      June 5, 2023

_____
Hannes Scheidegger