# Exhibit A

## CERTIFICATION

I hereby acknowledge and certify to **Info-Tech Research Group Inc.** (the "Company") that:

1. I will comply with all ongoing obligations that I owe to **Gartner Inc.** (my "Former Employer") in the course of my employment with the Company.

2. Without limiting the generality of the foregoing:

    a. I have returned to my Former Employer all documents and files in any format whatsoever (paper, digital, magnetic or electronic) that contain any Confidential Information, including all copies thereof.

    b. I will never disclose any Confidential Information to the Company or to any third parties in the course of my employment with the Company.

    c. I will never use any Confidential Information to advance my own interests or that of the Company, or otherwise to the detriment of my Former Employer, in the course of my employment with the Company.

    d. All references to Confidential Information means confidential or proprietary information that belongs to, or otherwise contains any confidential or proprietary information about, my Former Employer, regardless of whether (a) the Confidential Information is contained within a written document in my possession, custody or control, or simply within my personal knowledge as a result of having been employed by my Former Employer; and/or (b) the Confidential Information was developed, conceived or created by me at any time during my employment with my Former Employer or by others on behalf of my Former Employer.

3. I understand and agree that, should I fail to fully comply with my obligations under this Certification, I will be exposing the Company to potential liability and, as such: (a) the Company will have cause to immediately terminate my employment; and (b) I agree to fully indemnify the Company and all of its associated and related entities and all of their respective successors and assigns and all of their respective officers, directors, employees and agents (collectively, the "Company Indemnitees") from and against all claims, liabilities, damages and costs (including reasonable legal fees) incurred by any of the Company Indemnitees as a result of any such non-compliance.

Date: 3/8/23

*Alia Mendonsa*

**Alia Mendonsa**

4393202.1