# Exhibit C

**Lura H. Bechtel**
Partner
Direct: (416) 595.2693
lbechtel@hodgsonruss.com



May 16, 2023

**By Federal Express and Email to:**

kcloutier@sheppardmullin.com

Kevin Cloutier
Sheppard Mullin
70 West Madison Street, 48th Floor
Chicago, Illinois 60602

      Re:    Info-Tech, Gartner, Inc. and Alia Mendonsa

As you know, Hodgson Russ LLP is counsel to Info-Tech Research Group Inc. ("ITRG" or "Info-Tech").  I have reviewed the matter raised in your letter to Ryan Huggett dated May 5, 2023 with my client.  As an initial matter, please be assured that ITRG takes this matter seriously.  Info-Tech has not, and has no intention of, competing against Gartner unfairly or using inappropriate means.  ITRG has directed Ms. Mendonsa not to use or disclose any of Gartner's confidential or proprietary information in connection with her work for ITRG.  ITRG has further instructed Ms. Mendonsa to comply with any obligations to Gartner and to refrain from soliciting its customers, prospects or employees.  Ms. Mendonsa has affirmed her current and ongoing compliance with these directives.

Info-Tech believes that Ms. Mendonsa's current duties are distinct from what they were at Gartner.  Moreover, her role at ITRG is focused on supporting ITRG's current clients.  In light of the foregoing, Ms. Mendonsa's employment with Info-Tech does not pose a threat of harm to Gartner.  We further note that Ms. Mendonsa resides and works for ITRG in the state of California, where she was a resident at the time she entered into the Agreement Regarding Certain Conditions of Employment with Gartner.

This letter is not intended to constitute Info-Tech's agreement that the restrictive covenants contained in any agreement between Ms. Mendonsa and Gartner are valid or enforceable, or operate as a waiver of any Info-Tech claim, right or remedy, all of which are expressly reserved.

Kevin Cloutier
May 16, 2023
Page 2



      Please contact me directly with any further concerns you or your client may have about this matter.

Very truly yours,

Lura H. Bechtel

Copies to:

Mr. Ryan Huggett (via email)