# Exhibit D



**Jodyann Galvin**
Partner
Direct Dial: 716.848.1520
jgalvin@hodgsonruss.com

June 1, 2023

Daniel Adam Schwartz
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

Kevin Cloutier
Sheppard Mullin Richter & Hampton LLP
321 North Clark Street
Chicago, IL 60654

Counselors:

  Re: *Gartner, Inc. v. Info-Tech Research Group, Inc. and Alia Mendonsa*
    <u>Civil No. 23-cv-00642</u>

  We represent Info-Tech Research Group Inc. and Ms. Mendonsa. In our May 30, 2023 letter, we had advised that Info-Tech was investigating a specific document and any others on its system to ensure that Ms. Mendonsa did not distribute any Gartner information within Info-Tech.

  With respect to the document "ERP Vendor Market Share Info 2020 to update." This document is an Excel spreadsheet that was emailed by Ms. Mendonsa to three Info-Tech personnel before this action was commenced. None of those personnel have used it or distributed it. The document has been segregated. Ms. Mendonsa has informed us that this was an incomplete listing of public information about the systems used by states, it was compiled from public sources and did not contain confidential client information. She no longer has a copy.

  No other Gartner information was located.

  We can provide this document to you and await Gartner's instruction.

    Very truly yours,

    *Jodyann Galvin*
    Jodyann Galvin