# Exhibit F

<u>**CERTIFICATION**</u>

Hannes Scheidegger, on behalf of Info-Tech Research Group, Inc., declares that the following is true and correct:

1. This certification relates to the allegations made in the matter, *Gartner, Inc. v. Info-Tech Research Group, Inc. and Alia Mendonsa,* and follows up to Info-Tech's letter of June 1, 2023 which is incorporated herein. In that letter, Info-Tech advised Gartner of the document entitled "ERP Vendor Market Share Info."

2. Info-Tech has conducted a reasonable search of its information technology databases and systems with respect to Ms. Mendonsa's employment, including her Info-Tech email account. Info-Tech did not find, locate and/or otherwise uncover any information of any kind that could be related to Gartner's business, other than the document noted in paragraph 1 above.

3. Info-Tech has segregated the document entitled "ERP Vendor Market Share Info" on its system pending further instruction from Gartner. The "ERP Vendor Market Share Info" document cannot be accessed by any employee except the Legal and IT teams.

4. Info-Tech has not solicited any confidential information belonging to Gartner or its clients from Ms. Mendonsa.

Dated: June 5, 2023

_____
Hannes Scheidegger