# Exhibit G

**From:** Galvin, Jodyann
**Sent:** Friday, June 2, 2023 12:08 PM
**To:** 'Katherine Oblak' <KOblak@sheppardmullin.com>
**Cc:** Kevin Cloutier <KCloutier@sheppardmullin.com>
**Subject:** RE: Gartner v Info-Tech and Mendonsa - Response to June 1 letter and link to documents

Ms. Oblak,

Thank you for this response to Defendants' letters dated May 30 and June 1.  We are providing, as we offered on May 30, a link to the documents in the May 30 letter.  A password will come separately.

https://hodgsonruss.sharefile.com/d-s37ef3c10f327465ead2ffb837781815d

Defendants disagree that any of these documents are what Gartner characterizes them to be in its letter.  In fact, these documents fall into a couple of categories, and some fall into more than one category including: stale, not confidential, publicly available, of no current competitive value.  Whichever category or characterization, the bottom line is that none were shared with Info-Tech, and there was no use or disclosure by anyone.

Specifically with respect to the ERP spreadsheet, we disagree that it is a trade secret and that it employs any Gartner proprietary methodology.  Does Gartner claim it owns the process of opening an Excel spreadsheet and cutting and pasting information from public websites into cells or manually typing information from public websites into cells?

We will be providing sworn statements as we offered to do and will endeavor to provide them on June 5.

Regards, Jody

---

**From:** Katherine Oblak <KOblak@sheppardmullin.com>
**Sent:** Thursday, June 1, 2023 4:59 PM
**To:** Galvin, Jodyann <JGalvin@hodgsonruss.com>
**Cc:** Kevin Cloutier <KCloutier@sheppardmullin.com>
**Subject:** Gartner v Info-Tech and Mendonsa - Correspondence

**External Email - Use Caution**

Hi Jody,

I am working with Kevin on this matter. I know you had some back and forth with Kevin this morning. As he is in a deposition, we wanted to revert with our client's position as to your May 30 and June 1 correspondences. Please see attached.

Thanks much.

**Katherine H. Oblak**
+1 312-499-6372 | direct
KOblak@sheppardmullin.com | Bio

**SheppardMullin**

321 North Clark Street, 32nd Floor
Chicago, IL 60654
+1 312-499-6300 | main
[www.sheppardmullin.com](www.sheppardmullin.com) | LinkedIn | Twitter

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.