AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Gartner, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-642 |
| Info-Tech Research Group, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Info-Tech Research Group Inc. and Alia Mendonsa.

Date:    06/08/2023

s/ Jodyann Galvin
*Attorney's signature*

Jodyann Galvin (ct24599)
*Printed name and bar number*

Hodgson Russ LLP
The Guaranty Building
140 Pearl Street
Buffalo, New York 14202-4040
*Address*

jgalvin@hodgsonruss.com
*E-mail address*

(716) 848-1520
*Telephone number*

(716) 819-4671
*FAX number*